# EXHIBIT 1

# Copyright

**Registration Number / Date:**
VA0002450381 / 2025-06-25

**Type of Work:**
Visual Material

**Title:**
Valencia Walk Riverland Master Sales Office (Technical Drawings)

**Application Title:**
Valencia Walk Riverland Master Sales Office (Technical Drawings)

**Date of Creation:**
2021

**Date of Publication:**
2021-10-12

**Copyright Claimant:**
G.L. Homes of Florida Corporation. Address: 1600 Sawgrass Corp Pkwy, Suite 400, Sunrise, FL, 33323, United States.

**Authorship on Application:**
G.L. Homes of Florida Corporation, Domicile: United States. employer for hire; Authorship: technical drawing.

**Rights and Permissions:**
Michael Chesal, Peretz Chesal & Herrmann, P.L., 1 SE 3rd Ave., Suite 1820, Miami, FL, 33131, United States, (305) 341-3000, mchesal@pch-iplaw.com

**Description:**
Electronic file (eService)

**Nation of First Publication:**
United States

**Names:**
G.L. Homes of Florida Corporation

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_38803769

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).